# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JONATHAN LIESEKE,

      Defendant.

Case No. 2:25-mj-00259-EJY

MOTION  TO  DISMISS  THE
COMPLAINT

On March 25, 2025, a complaint charging defendant Jonathan Lieseke with one count of Simple Assault, in violation of 18 U.S.C. Section 113(a)(5); based on alleged conduct occurring on September 13, 2024.

On June 5, 2025, the defendant made his initial appearance and had his arraignment and entered his plea.  He pleaded not guilty.  Bench Trial was set for August 13, 2025.

On August 5, 2025, the parties reached a resolution and filed a stipulation to continue to the bench trial scheduled for August 13, 2025, to allow the defendant successfully complete requirements of the pretrial diversion.

The parties have agree that the defendant has successfully completed the requirements of the pretrial diversion.

///

///

///

///

///

1

The Government hereby requests to dismiss the complaint filed against the defendant.

Respectfully submitted this 17th day of June, 2026.

TODD BLANCHE
Acting Attorney General of the United States

/s/ *Joseph Sciscento*
_____

JOSEPH SCISCENTO
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this ___22nd___ day of June 2026.

_____
HONORABLE ELAYNE J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2